**Danny L. BLACKMON, Petitioner— Appellant,**

v.

**Darlene DREW, Warden et al., Respondent—Appellee.**

**No. 10–6665.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2010.

Decided: Aug. 3, 2010.

Danny L. Blackmon, Appellant Pro Se.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Lynn Blackmon, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Blackmon v. Drew,* No. 09–cv–03035–HFF, 2010 WL 1416726 (D.S.C. Apr. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*